# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**WILLIAM MORRISON JR.**,<br><br>*Defendant* | Case No. 25-mj 5133 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT 1
### (Felon-in-Possession of a Firearm)

On or about July 19, 2024, in the Western District of New York, the defendant, **WILLIAM MORRISON JR.**, knowing that he had previously been convicted on or about November 12, 2019, in County Court, Erie County, New York, of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, namely, a Taurus PT112GA 9mm handgun bearing serial number ADK781129.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).**

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

TIMOTHY FUDELLA
Digitally signed by TIMOTHY FUDELLA
Date: 2025.04.29 08:05:16 -04

*Complainant's signature*
TIMOTHY L. FUDELLA
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES
*Printed name and title*

Criminal Complaint submitted electronically by e-mail in .pdf format. Oath administered, and contents and signatures attested to me as true and accurate telephonically pursuant to Fed R. Crim. P. 4.1.

Date: April 29, 2025

*Judge's signature*
HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Buffalo, New York

## AFFIDAVIT

STATE OF NEW YORK )
COUNTY OF ERIE        )   SS:
CITY OF BUFFALO      )

I, **TIMOTHY L. FUDELLA**, being duly sworn, deposes and states:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter referred to as "ATF"), and as such I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516(1), *et seq.* and Title 21, United States Code, Section 801. I further state that I am the kind of Special Agent as delineated in Title 18, United States Code, Section 3051.

2. I have been an ATF Special Agent since September of 2015. I am assigned to the Buffalo Field Office, New York Field Division. I am a graduate of the ATF National Academy and the Criminal Investigator School located at the Federal Law Enforcement Training Center in Glynco, Georgia. My primary duties as an ATF Special Agent include investigating violations of federal firearms laws including illegal firearm trafficking, unlawful possession of firearms, and the possession of firearms during the commission of drug trafficking crimes and crimes of violence. Additionally, prior to becoming an ATF Agent, I was employed by United States Customs and Border Protection as a United States Customs and Border Protection Officer for approximately six years.

3. During my time as an ATF Special Agent, I have participated in investigations and the execution of search warrants and arrest warrants where illegally purchased/trafficked firearms, narcotics, electronic scales, packaging materials, cutting agents, books/ledgers indicating sales, receipts, computers, cellular telephones, and other items used to facilitate firearms and narcotics trafficking were seized. I have personally conducted and/or assisted in investigations of criminal acts involving violations relating to armed individuals that were involved in the distribution of controlled substances, including heroin, cocaine, cocaine base and other substances, in violation of federal drug laws, including Title 21, United States Code, Sections 841 and 846, and Title 18, United States Code, Sections 922 and 924. Additionally, I have also participated in interviews and debriefings of individuals involved in firearms and narcotics trafficking. I am familiar with the habits, methods, routines, practices and procedures commonly employed by persons engaged in the illegal trafficking of firearms and illegal drugs.

4. This affidavit is being submitted for a limited purpose, that is, a probable cause determination, therefore I have not presented all of the facts of this investigation to date. I have set forth only the information I believe to be necessary to establish probable cause. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this manner.

5. This affidavit is made in support of a Criminal Complaint of **WILLIAM MORRISON JR,** as there is probable cause that **WILLIAM MORRISON JR** has violated

Title 18, United States Code, Sections 922(g)(1) and 924 (a)(8) (felon-in-possession of a firearm).

## PROBABLE CAUSE

6.  On July 19, 2024, at approximately 22:37 hours, a 911 call was received in which the caller was reporting a man with a gun. The caller indicated a male "General" was in possession of a black firearm at "69 Ashley", the corner of Ashley and Mohr Street.[1] The caller described a light skin black male wearing a white shirt and red pants with a "ankle bracelet on" who had a black pistol and was waiving it around. The call then reported the male with the gun was inside of the house referring to the house as a "dope house". At approximately 22:41 hours, officers of the Buffalo Police Department (BPD) arrived on scene. Upon arrival on scene, officers observed individuals including an individual matching the reported description running from the rear of 63 Ashley, which is the corner house on Ashley and Mohr as described by the caller. Law enforcement quickly apprehended **WILLIAM MORRISON JR** in the rear of 63 Ashley. **MORRISON** was wearing a white shirt, red pants and had a red hat in his possession. Law enforcement also apprehended a K.B., who took flight and was placed into custody on Mohr Street. K.B. was found to be in possession of two plastic baggies of a white powder.

7.  Law enforcement searched the area of the yard where **MORRISON** was observed fleeing and apprehended. Within yards of the place **MORRISON** was placed into custody, law enforcement located a Taurus PT112GA 9mm handgun bearing serial number

---

[1] Based on this and other investigations, law enforcement is familiar with **MORRISON** and knows him to use the moniker "General".

3

ADK781129.  This firearm was found to be loaded with 11 rounds in the magazine and one round loaded in the chamber.

8.    The recovered firearm was submitted to the Erie County Central Police Services Laboratory for analysis.  On August 27, 2024, Forensic Biologist Chandra Tammaro issued a report detailing the results/opinions/interpretations of DNA analysis of DNA obtained from the handgun seized during this investigation.  Tammaro determined According to the report, based on the PCR results, the DNA: profile obtained from the swab of the semi-automatic pistol (Item 1.3) is a mixture of DNA from four individuals, including at least one male individual and one female individual.  The report indicated that the DNA profile of **WILLIAM MORRISON JR.** (Item 3, CPS Lap #19-00713) cannot be excluded from the DNA in the mixture and the DNA results for Item 1.3 are at least $3.33 \times 10^{13}$ (33 trillion) times more likely if they originated from **WILLIAM MORRISON JR.** and three unknown individuals rather than if they; originated from four unknown individuals in the U.S. population.  According to the report, this analysis provides very strong scientific support for the proposition that **WILLIAM MORRISON JR.** is a contributor to the DNA profile obtained from the swab of the semi-automatic pistol (Item I.).

9.    A review of the Defendant's criminal history revealed that **MORRISON** has a prior felony conviction.  On or about November 12, 2019, the defendant was convicted in Erie County Court, Erie County, New York, to the crime of Criminal Possession of a Weapon (New York State Class C felony).  Subsequently, **MORRISON** was sentenced to 42 Months imprisonment and 30 months post supervision release.

10. Your Affiant is a certified Firearms Interstate Nexus Expert. The firearm seized in connection with this investigation meets the definition of a firearm as per Title 18, United States Code, Section 921(a)(3) because its was designed to expel a projectile by the action of an explosive. Based on review of the description and photographs of the firearm, and a conversation with another certified Firearms Interstate Nexus Expert, your Affiant knows that the firearm was not manufactured in the State of New York. Thus, your Affiant believes the firearm would have traveled in, and affected, interstate commerce prior to its recovery in the State of New York.

11. **WHEREFORE,** based on the foregoing, your affiant respectfully submits that probable cause exists to believe that **WILLIAM MORRISON JR**, violated Title 18, United States Code, Sections 922(g)(1) and 924 (a)(8) (felon-in-possession of a firearm), and requests that a Criminal Complaint and Arrest Warrant as aforesaid is issued, and that this Complaint and Affidavit be sealed based on a continuing investigation and further Order of this Court

_____
TIMOTHY L. FUDELLA
Special Agent
Bureau of Alcohol, Tobacco, Firearms, Explosives

*Digitally signed by TIMOTHY FUDELLA*
*Date: 2025.04.29 08:06:36 -04'00'*

Affidavit submitted electronically by e-mail in .pdf format. Oath administered, and contents and signatures attested to me as true and accurate telephonically pursuant to Fed R. Crim. P. 4.1, this 29th day of April , 2025.

_____
HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge

5